IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02335-MSK-BNB

ILMUTDIN MAGOMEDOVICH ABDULAGATOV,,

       Plaintiff,

v.

PETER D. KEISLER, Acting Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
ROBERT MATHER, Denver District Director, United States Citizenship and Immigration Services,

       Defendants.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon a Petition for De Novo Hearing on Naturalization Application, and Complaint for Injunctive, Declaratory and Mandamus Relief filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

    **IT IS ORDERED**:

(1)   A hearing is set for **January 28, 2008** at **4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2)   Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:
- The status of the Plaintiff's naturalization application, including whether or not the Federal Bureau of Investigation has completed any name or background checks it was asked to perform.
- Whether the Court should remand this matter to the United States Citizenship and Immigration Services for a determination on the naturalization application, and if so, what conditions should be imposed in

> conjunction with any remand.
> - Whether there are any facts in dispute.
> - Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 27th day of November, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge