IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02335-MSK-BNB

ILMUTDIN MAGOMEDOVICH ABDULAGATOV,

    Plaintiff,

v.

PETER D. KEISLER, Acting Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
ROBERT MATHER, Denver District Director, United States Citizenship and Immigration Services,

    Defendants.

## ORDER

**IT IS ORDERED** that at the hearing set for Monday, January 28, 2008 at 4:30 p.m., the parties shall be prepared to address the applicability to this case of the Court's decision in *Khdir v. Gonzales,* 2007 WL 3308001 (D. Colo. Nov. 6, 2007).

Dated this 24th day of January, 2008

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge